UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00602-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARMANDO GARCIA-FRANCO,

    Defendant.

## ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set for **Monday, January 9, 2012, at 10:00 a.m., in Courtroom A-1002.**

    Dated: September 8, 2011.